Receipt # 11090443
$3.56
MBD

# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

MARK S. WALLACH         FAX (716) 852-1857        CHARLES P. PENNEY
                                                       1894 - 1967
                                                    THOMAS PENNEY
                                                       1896 - 1974
                                                   ROBERT E. MAIER
                                                       1921 - 2007

August 19, 2010

TO:  Creditors of Christopher A. Wojtowicz and Julie A.
     Wojtowicz, Debtors
     Case No. 09-14203B
     United States Bankruptcy Court
     Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure


FILED
AUG 20 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Proposed Distribution

## Case: 09-14203   WOJTOWICZ, CHRISTOPHER A.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $1,750.24 | Total Proposed Payment: | $1,750.24 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 4.04 | 4.04 | 0.00 | 4.04 | 4.04 | 1,746.20 |
| | MARK S. WALLACH <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 437.56 | 437.56 | 0.00 | 437.56 | 437.56 | 1,308.64 |
| | PENNEY, MAIER & WALLACH <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 12.56 | 12.56 | 0.00 | 12.56 | 12.56 | 1,296.08 |
| | PENNEY, MAIER & WALLACH <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 525.00 | 525.00 | 0.00 | 525.00 | 525.00 | 771.08 |
| 1 | DISCOVER BANK | Unsecured | 9,470.66 | 9,470.66 | 0.00 | 9,470.66 | 139.89 | 631.19 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 240.76 | 240.76 | 0.00 | 240.76 | 3.56 | 627.63 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 1,380.65 | 1,380.65 | 0.00 | 1,380.65 | 20.39 | 607.24 |
| 4 | Chase Bank USA, N.A. | Unsecured | 6,071.39 | 6,071.39 | 0.00 | 6,071.39 | 89.68 | 517.56 |
| 5 | GE Money Bank dba Lowes Consumer | Unsecured | 2,154.94 | 2,154.94 | 0.00 | 2,154.94 | 31.83 | 485.73 |
| 6 | PRA Receivables Management, LLC | Unsecured | 3,934.79 | 3,934.79 | 0.00 | 3,934.79 | 58.12 | 427.61 |
| 7 | PRA Receivables Management, LLC | Unsecured | 1,404.93 | 1,404.93 | 0.00 | 1,404.93 | 20.75 | 406.86 |
| 8 | Fia Card Services, NA/Bank of America | Unsecured | 5,497.34 | 5,497.34 | 0.00 | 5,497.34 | 81.20 | 325.66 |
| 9 | Fia Card Services, NA/Bank of America | Unsecured | 22,047.96 | 22,047.96 | 0.00 | 22,047.96 | 325.66 | 0.00 |
| | Total for Case 09-14203 : | | $53,182.58 | $53,182.58 | $0.00 | $53,182.58 | $1,750.24 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $979.16 | $979.16 | $0.00 | $979.16 | 100.000000% |
| Total Unsecured Claims : | $52,203.42 | $52,203.42 | $0.00 | $771.08 | 1.477068% |